United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHLEEN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS, INC., et al.,<br><br>Defendants. | Case No. 18-cv-01650-EDL<br><br>**ORDER VACATING ALL CASE DATES AND DIRECTING THE PARTIES TO FILE UPDATE OR DISMISSAL**<br><br>Re: Dkt. No. 29 |

Plaintiff notified the Court that the parties have settled the case. Accordingly, the Court vacates all case dates and deadlines. By February 1, 2019, the parties shall file either a joint notice of dismissal of the entire action with prejudice or a joint update on the status of the settlement.

**IT IS SO ORDERED.**

Dated: November 5, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge